THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RICHARD CHAD RANDALL,<br><br>                Plaintiff,<br><br>v.<br><br>UTAH BD. OF PARDONS & PAROLE et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:22-CV-27-DN<br><br>District Judge David Nuffer |

    IT IS ORDERED AND ADJUDGED that--for failure to state a claim upon which relief may be granted--Plaintiff's action is dismissed.

    The Clerk of Court is directed to CLOSE this action.

    Signed May 16, 2024.

                                        BY THE COURT

                                        _____<br>
                                        David Nuffer<br>
                                        United States District Judge